# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 31, 2022

Lyle W. Cayce
Clerk

———————

No. 21-30545

———————

Geralyn Hawkins; Chad Lightfoot; Nichole Thompson,

*Plaintiffs—Appellants*,

*versus*

Shelly Sanders, in her individual and/or official capacity; Heather Rodgers, in her individual and/or official capacity; Greater New Orleans Federal Credit Union; Unidentified Party; Leon A. Cannizzaro, Jr., Honorable, in his individual and/or official capacity; New Orleans City; Dawn Plaisance; Jan I. Schmidt; Andre C. Gaudin, Jr., Esquire; Franz Zibilich, Honorable; Rules of the Court Committee of Orleans Parish Criminal Court; Gerry Kish,

*Defendants—Appellees*.

———————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:19-CV-13323

———————————————

Before Higginbotham, Higginson, and Duncan, *Circuit Judges*.

No. 21-30545

Per Curiam:[*]

This Court lacks jurisdiction over the appeal because the rulings being appealed are not "final decisions" within the meaning of 28 U.S.C. § 1291, the Plaintiffs have not satisfied the procedural requirements necessary to take an interlocutory appeal under 28 U.S.C. § 1292, and the rulings being appealed do not fall within any recognized exception that would permit immediate appeal in a still pending case.[1] The appeal is DISMISSED.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

[1] *See* 28 U.S.C. §§ 1292, 1295.